UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUL 25 2017

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| In re: UNITED STATES OF AMERICA; et al. _____ UNITED STATES OF AMERICA; et al.,         Petitioners, v. UNITED STATES DISTRICT COURT FOR THE DISTRICT OF OREGON, EUGENE,         Respondent, KELSEY CASCADIA ROSE JULIANA; et al.,         Real Parties in Interest. | No. 17-71692 D.C. No. 6:15-cv-01517-TC-AA District of Oregon, Eugene ORDER |

Before: GOODWIN, KOZINSKI, and BERZON, Circuit Judges.

    The Court stays district court proceedings, temporarily, pending further order from this court. *See* Ninth Circuit Gen. Ord. 6.8(a).

    The petition for a writ of mandamus and all other pending motions will be addressed by separate order.

LAB/MOATT