UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

# FILED

JUL 28 2017

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| In re:  UNITED STATES OF AMERICA; et al.<br><br>———————————————————<br><br>UNITED STATES OF AMERICA; et al.,<br><br>Petitioners,<br><br> v.<br><br>UNITED STATES DISTRICT COURT FOR THE DISTRICT OF OREGON, EUGENE,<br><br>Respondent,<br><br>KELSEY CASCADIA ROSE JULIANA; et al.,<br><br>Real Parties in Interest. | No.    17-71692<br><br>D.C. No.<br>6:15-cv-01517-TC-AA<br>District of Oregon,<br>Eugene<br><br>ORDER |

Before:  GOODWIN, KOZINSKI, and BERZON, Circuit Judges.

Petitioners' motion to file an over length petition for writ of mandamus (Docket Entry No. 2) is granted.

This petition for a writ of mandamus raises issues that warrant an answer. *See* Fed. R. App. P. 21(b).  Accordingly, within 30 days after the date of this order, the real parties in interest shall file an answer.

LAB/MOATT

In addition to any other issues the parties wish to address, the parties shall address the status of all current discovery requests; report all pending discovery deadlines; and identify any ongoing or expected discovery disputes. Additionally, the parties shall address whether the real parties in interest's constitutional challenge to Section 201 of the Energy Policy Act is within the district court's jurisdiction.

The district court, within 30 days after the date of this order, may address the petition if it so desires. The district court may elect to file an answer with this court or to issue an order and serve a copy on this court. Petitioners may file a reply within 14 days after service of the answer(s).

The Clerk shall serve this order on the district court and District Judge Ann L. Aiken.